In the Matter of JESS SELLICK, Appellant, against WILLIAM J. HEFFERNAN et al., Constituting the Board of Elections of the City of New York, et al., Respondents.— Order affirmed, without costs. No opinion. Leave to appeal to the Court of Appeals granted. Nolan, P. J., Johnston, Wenzel and MacCrate, JJ., concur.

## THIRD DEPARTMENT, AUGUST, 1952.

## (August 6, 1952.)

In the Matter of EMANUEL PETRAKAKIS, Respondent, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority, Appellants.— Appeal from an order of the Supreme Court, Special Term, Albany County, which annulled a determination of the State Liquor Authority. Upon the record before us we are of the opinion that the determination of the State Liquor Authority was arbitrary and capricious and the order of the Special Term should be affirmed. Order of the Special Term unanimously affirmed, with $50 costs and disbursements. Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

## FIRST DEPARTMENT, SEPTEMBER, 1952.

## (September 30, 1952.)

In the Matter of MILTON M. BERGERMAN, Individually and as Chairman of the Citizens Union of the City of New York, Appellant, against JOHN A. BYRNES, as Chief Justice of the City Court of the City of New York, et al., Respondents.— Order unanimously affirmed, with one bill of $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Dore, Cohn and Callahan, JJ. [See post, p. 931.]

In the Matter of the Arbitration between MICHAEL LOWY Co., INC., Appellant, and HERBERT MEYER, INC., Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.

In the Matter of the Arbitration between REX TEXTILE Co., INC., et al., Appellants, and LUTHER MANUFACTURING COMPANY, Respondent. In the Matter of the Arbitration between SHERTONE TEXTILE CORP., Appellant, and LUTHER MANUFACTURING COMPANY, Respondent.— Orders unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.

In the Matter of the Estate of IDA SCHMITH, Deceased. ESTHER KRAMER, as Administratrix De Bonis Non of the Estate of IDA SCHMITH, Deceased, Respondent; CELIA SCHMITH, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Dore, Cohn and Callahan, JJ. [See post, p. 932.]